# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JARVIN MALIK HUGGINS,**     :
    **Petitioner**     :
        :     **No. 1:20-cv-1225**
    **v.**     :
        :     **(Judge Rambo)**
**THERESA DELBALSO,** *et al.,*     :
    **Respondents**     :

## <u>ORDER</u>

**AND NOW**, on this 1st day of November 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2.    A certificate of appealability shall not issue; and

3.    The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Sylvia H. Rambo</u>
United States District Judge